IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-00816-MSK-MJW

ROBERT HANRATTY, Individually and On Behalf of All Others Similarly Situated,

   Plaintiff,

v.

ZYNEX, INC,
THOMAS SANDGAARD and
FRITZ ALLISON,

   Defendants.

---

ORDER (Docket No. 14)

---

THIS MATTER comes before the Court on the Joint Motion of plaintiff Robert Hanratty ("Plaintiff") and defendants Zynex, Inc., Thomas Sandgaard, and Fritz Allison ("Defendants"), to vacate the Rule 16(b) scheduling conference currently set for June 24, 2009, the related deadlines, and extend the time for Defendants to respond to Plaintiff's complaint. Having reviewed the Joint Motion and finding good cause therein,

IT IS HEREBY ORDERDED as follows:

1. The parties' Joint Motion is GRANTED;

2. The Rule 16(b) scheduling conference currently set for June 24, 2009 at 8:30 a.m. and the related deadlines are vacated; and

3. Defendants are granted an extension of time to 45 days after the filing and service

of a consolidated complaint to answer or otherwise respond.

DATED: __MAY 18__, 2009

BY THE COURT:

_/s/ Michael J. Watanabe_
Michael J. Watanabe
United States Magistrate Judge